# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of March, two thousand and eight.

Present:

Hon. John M. Walker, Jr.,
Hon. José A. Cabranes,
*Circuit Judges,*
Hon. Richard M. Berman,*
*District Judge.*



Jeremy Dickerson,

Plaintiff-Appellant,

v.

Docket No. 06-1616-cv

Sheila Feldman, Helen Nelling, Susan E. Bevington, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, The Northern Trust Company, John Does 1-100, Robert T. Blakely, Paul Donovan, Paul H. Hatfield, Robert H. Jenkins, Philip R. Lochner Jr., Frank A. Metz.Jr., Michael E. Miller, J. Patrick Mulcahy, Sally G. Narodick, William D. Ruckelshaus, John B. Slaughter and Nancy Stemme,

Defendants-Appellees.

This Appeal having been heard on May 21, 2007 and appellant by letter dated May 9, 2008 having requested that the appeal be held in abeyance for an additional forty-five (45) days, and upon the parties' representation that they expect to file an executed settlement agreement within the next week,

IT IS ORDERED that the appeal be held in abeyance for twenty-one (21) days, and that the parties submit a letter to this court with an update on the status of settlement negotiations each Tuesday during the hold period.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By:

*Judge Richard M. Berman, United States District Judge for the Southern District of New York, sitting by designation.

CERTIFIED:
MAY 20 2008