# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of June, two thousand and eight.

Present:

>Hon. John M. Walker, Jr.,
>Hon. José A. Cabranes,
>>*Circuit Judges,*
>
>Hon. Richard M. Berman,*
>>*District Judge.*



Jeremy Dickerson,

>Plaintiff-Appellant,

v.   Docket No. 06-1616-cv

Sheila Feldman, Helen Nelling, Susan E. Bevington, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, The Northern Trust Company, John Does 1-100, Robert T. Blakely, Paul Donovan, Paul H. Hatfield, Robert H. Jenkins, Philip R. Lochner Jr., Frank A. Metz Jr., Michael E. Miller, J. Patrick Mulcahy, Sally G. Narodick, William D. Ruckelshaus, John B. Slaughter and Nancy Stemme,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

>Defendants-Appellees.

This Appeal having been heard on May 21, 2007 and the parties having requested by letter dated May 27, 2008 that the matter be remanded to the district court for the purpose of considering a settlement agreement,

IT IS ORDERED that the case be remanded to the Hon. Loretta Preska for consideration of the Global Settlement Agreement.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court
>
>By: _____

*Judge Richard M. Berman, United States District Judge for the Southern District of New York, sitting by designation.

Issued as Mandate:

JUN 2 6 2008